1  Sanford Jay Rosen, State Bar No. 62566
2  Maria V. Morris, State Bar No. 223903
   Lori E. Rifkin, State Bar No. 244081
3  ROSEN, BIEN & GALVAN, LLP
   315 Montgomery Street, Tenth Floor
4  San Francisco, CA 94104
   Telephone: (415) 433-6830
5  Facsimile: (415) 433-7104

6  Attorneys for Plaintiffs

7  (Additional Counsel for Plaintiffs on the following page)

8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 |                                  | Case Nos. C 08-1190-SI, C 08-1184-SI
13 | CLAUDE BRYANT, et al.,            | STIPULATION OF SUBSTITUTION
   | On behalf of themselves and all employees | OF COUNSEL FOR PLAINTIFFS AND
14 | similarly situated,               | NOTICE OF APPEARANCE OF NEW
   |                                   | COUNSEL
15 |         Plaintiffs,              |
16 | v.                                |
17 | SERVICE CORPORATION               |
   | INTERNATIONAL, et al.,            |
18 |                                   |
   |         Defendants.               |
19 |                                   |
20 |_____|
   |                                   |
21 | WILLIAM HELM, et al. On behalf of |
   | themselves and all employees similarly |
22 | situated,                         |
   |         Plaintiffs,              |
23 | v.                                |
24 | ALDERWOODS GROUP, INC., et al.    |
   |                                   |
25 |         Defendants.               |

26     PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby
27 substitute one of their counsel and attorneys of record as in this matter as follows:
28 Former Counsel:    Rosen, Bien and Galvan, LLP

STIP OF SUBSTITUTION OF COUNSEL FOR    1    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

|   |   |   |
|---|---|---|
| 1 |  | Sanford Jay Rosen |
|   |  | Maria V. Morris |
|   |  | Lori E. Rifkin |
| 2 |  | 315 Montgomery Street, Tenth Floor |
|   |  | San Francisco, CA 94104 |
| 3 |  | (415) 433-6830 |
| 4 | New Counsel: | Burnham Brown |
|   |  | Robert M. Bodzin |
| 5 |  | P.O. Box 119 |
|   |  | Oakland, California 94604-0119 |
| 6 |  | (510) 444-6800 |

PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs

DATED: October 23, 2008

ROSEN, BIEN & GALVAN, LLP

By _____
Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081

315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

DATED: October 23, 2008

BURNHAM BROWN

By _____
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604-0119
Telephone: (510) 444-6800

STIP OF SUBSTITUTION OF COUNSEL FOR PLTF AND NOT OF APP OF NEW COUNSEL.     2    Case Nos. C 08-1190-SI, C 08-1184-SI

| | |
|---|---|
| 1 | Additional Counsel for Plaintiffs |
| 2 | J. Nelson Thomas, NY Attorney No. 2579159 |
|   | Patrick J. Solomon, NY Attorney No. 2716660 |
| 3 | Annette Gifford, NY Attorney No. 4105870 |
|   | DOLIN, THOMAS & SOLOMON LLP |
| 4 | 693 East Avenue |
|   | Rochester, NY 14607 |
| 5 | Telephone: (585) 272-0540 |
|   | Facsimile: (585) 272-0574 |
| 6 | |
|   | Charles H. Saul, PA State Bar No. 19938 |
| 7 | MARGOLIS EDELSTEIN |
|   | 525 William Penn Place, Suite 3300 |
| 8 | Pittsburgh, PA 15219 |
|   | Telephone: (412) 281-4256 |
| 9 | Facsimile: (412) 642-2380 |

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION |
|   | IT IS SO ORDERED |
| 2 | |
| 3 | DATED: October ___, 2008 |

*/s/ Susan Illston*
_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT